## (September 24, 1965)

■ In the Matter of EUGENE M. HANOFEE et al., Appellants, v. BOARD OF ELECTIONS OF THE COUNTY OF SULLIVAN, et al., Respondents. (Proceeding No. 1.) In the Matter of SAM CHONIN et al., Appellants, v. BOARD OF ELECTIONS OF THE COUNTY OF SULLIVAN, et al., Respondents. (Proceeding No. 2.) — MEMORANDUM BY THE COURT. In Proceeding No. 1, Special Term properly found valid the candidacy of respondent Williams and dismissed the petition as to him; but the evidence mandated the same disposition in respect of respondent Ratner and, petitioner Sykes being a "candidate aggrieved" (Election Law, § 330, subd. 1), the filing of objections was not prerequisite to the commencement of the proceeding by him. Order in Proceeding No. 1 modified, on the law and the facts, in accordance with this memorandum and, as so modified, affirmed, without costs. In Proceeding No. 2, order affirmed, without costs. No opinion. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

## (September 28, 1965)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GILBERT EDWIN HICKOK, Appellant.— Application for permission to proceed as a poor person upon appeal from orders denying motion to set aside indictment, and for extension of time to perfect appeal, denied on the ground that no appeal lies from such orders (Code Crim. Pro., § 517). Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

## FOURTH DEPARTMENT, SEPTEMBER, 1965

## (September 16, 1965)

■ In the Matter of MUNICIPAL HOUSING AUTHORITY OF THE CITY OF UTICA, Respondent, v. JOSEPHINE RUFFINI, Appellant, et al., Defendants.— Motion to resettle order of June 23, 1965 [24 A D 2d 530, 531] denied. Memorandum: The motion for resettlement of our order of June 23, 1965 presents the issue as to the liability of respondent, Authority, for interest on the award in this condemnation proceeding. This issue was not before us on the basic appeal. The facts as stipulated should be presented to Oneida County Court for a *de novo* decision. (Cf. *Matter of New York & Brooklyn Bridge [Clark]*, 137 N. Y. 95, 99.)

■ JANE Z. RODOE, Respondent, v. JOHN A. NONEUS, Appellant.— Motion for resettlement of order [23 A D 2d 212] denied on the ground that the relief sought is unnecessary. We clearly stated in our opinion that the decision was on procedural grounds and not on the merits.

■ MARY C. MAYER, Appellant, v. CARLYLE A. BEEMAN, Respondent.— Motion to dismiss appeal granted. (See *Caira* v. *McKenna*, 23 A D 2d 325.)

■ HERKIMER COUNTY TRUST COMPANY, Respondent, v. CHARLES VOSBURGH, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before September 27, 1965. (See *Caira* v. *McKenna*, 23 A D 2d 325.)

■ In the Matter of the Estate of CLARENCE A. KELSEY, Deceased, Respondent, v. R. JAN FITZPATRICK, Appellant.— Motion granted to vacate order of dismissal. We find the record on appeal sufficient. Either party may hand up the brief referred to in the Surrogate's decision, on the argument of the appeal.